570 A.2d 976

STATE OF NEW JERSEY v. JOHN F. GRIMES.

November 13, 1989.

Petition for certification denied.

570 A.2d 976

STATE OF NEW JERSEY v. JOHN ALBERT BROWNE.

November 13, 1989.

Petition for certification granted, and the matter is summarily remanded to the Superior Court, Law Division, for resentencing in the light of *State v. Louis*, 117 *N.J.* 250, 566 *A.*2d 511 (1989). The Assignment Judge shall reassign the matter for such sentencing.

570 A.2d 977

STATE OF NEW JERSEY v. KEVIN O'BRIEN DOUGLAS.

November 13, 1989.

Petition for certification granted, and the matter is summarily remanded to the Superior Court, Law Division, for resentencing in the light of *State v. Louis*, 117 *N.J.* 250, 566 *A.*2d 511 (1989). The Assignment Judge shall reassign the matter for such sentencing.